UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-21406-BLOOM/Louis

ZONYA A. FLEMINGS,

    Plaintiff,
v.

MIAMI-DADE COUNTY, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court upon Plaintiff's Motion to Strike Defendants' Motion to Dismiss (DE17 & 24), Including Exhibits & Affirmative Defenses, ECF Nos. [29] and [30] (collectively, "Motions to Strike"). The Court has considered the Motions to Strike, the record in this case, the applicable law, and is otherwise fully advised.

On April 1, 2020, *pro se* Plaintiff filed her Complaint, ECF No. [1]. On May 7, 2020, Defendants U.S. Security Associates, Universal Protection Service, LLC, and AlliedBarton Security Services, LLC filed Defendants' Motion to Dismiss Plaintiff's Complaint, or Alternatively, Motion for More Definite Statement, ECF No. [17]. On May 29, 2020, Defendant Miami-Dade County filed its Motion to Dismiss Plaintiff's Complaint, or Alternatively, Motion for More Definite Statement, ECF No. [24] (collectively, "Motions to Dismiss"). Rather than file a formal response in opposition to the two pending dispositive motions, Plaintiff filed the instant Motions to Strike, ECF Nos. [29] and [30]. As part of her requested relief in the Motions to Strike, Plaintiff seeks leave to amend the Complaint. *See id.* Additionally, Plaintiff separately filed a Motion to Join Additional Defendants under Rule 20(a)(2)(A),(B) of Federal Rules of Civil Procedures ("FRCP") in Accordance with Rule 12(g)/RULE (h)(2), ECF No. [31] ("Motion to

Join"). In the Motion to Join, Plaintiff requests the Court permit her to add additional parties to the Complaint "prior to determining the final outcome of the Defendants' Motion to Dismiss." *Id.* at 2. Likewise, Plaintiff filed an Emergency Joining Motion for Economical Relief That Is Available to Her under FLSA Laws, ECF No. [32] ("Motion to Add Damages"). The Motion to Add Damages similarly requests that the Court join the motion to her other pending motions "prior to determining the final outcome of the Defendants' Motion to Dismiss." *Id.* at 5.

Taken as a whole, the Court construes the Motions to Strike, Motion to Join, and Motion to Add Damages as a motion for leave to amend the Complaint. As of this date, no scheduling order has been entered, the parties are still in an early stage of litigation, no settlement conference has taken place, and Plaintiff has expressed a desire to amend her pleading from its present form. Because Federal Rule of Civil Procedure 15(a) directs that courts "should freely give leave when justice so requires" and *pro se* Plaintiff has not previously sought leave to amend, Plaintiff shall be allowed to amend her pleading. In doing so, Plaintiff is reminded that any amendment must comply with the Federal Rules of Civil Procedure, the Local Rules, and must set forth discernible causes of action upon which relief may be granted. The extensive list of requested relief contained in the current Complaint, ECF No. [1] at 15-20, does not substitute for a well-pled claim.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motions to Strike, **ECF Nos. [29]** and **[30]**, are **GRANTED IN PART**. Plaintiff shall file an amended complaint no later than **September 8, 2020**.
2. The Motions to Dismiss, **ECF Nos. [17]** and **[24]**, are **DENIED AS MOOT**.
3. The Motion to Join, **ECF No. [30]**, and the Motion to Add Damages, **ECF No. [32]**, are **DENIED AS MOOT**.

Case No. 20-cv-21406-BLOOM/Louis

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 26, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Zonya A. Flemings
PO Box 350371
Jacksonville, FL 32235-0371
Email: ZFLEMINGS@ZONYAS.NET